IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANDRA HAMILTON, | ) | 8:04CV457 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

  This action has been remanded to the Social Security Administration because the claim file and the cassette tape of the administrative hearing have not been located. The April 22, 2005 remand order directed the defendant to report to the court every 90 days on the status of this case. (Filing 13.) The only status report was filed on July 26, 2005 (filing 15), nearly six months ago. I will direct the defendant to file a status report within 30 days, or risk imposition of sanctions. Additional status reports shall be filed every 90 days thereafter in accordance with the court's April remand order.

  IT IS ORDERED:

  1. The defendant shall report to the court on the status of this case within 30 days;

  2. The defendant shall continue to file status reports every 90 days as required by the court's April 22, 2005 remand order; and

3. Noncompliance with this order may result in the imposition of sanctions, which may include but are not limited to the award of benefits, and which may be imposed without additional notice to the defendant.

January 11, 2006.  BY THE COURT:

*s/Richard G. Kopf*
United States District Judge