IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SONDRA HAMILTON, | ) | 8:04CV457 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL J. ASTRUE[1], | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On March 7, 2007, the court entered an order (filing 24) requiring that the plaintiff submit a brief on or before April 9, 2007.

As of the date of this order, Plaintiffs have failed to comply with the court's order. Accordingly, pursuant to Fed. R. Civ. P. 41 and NECivR 41.1, the court finds that the plaintiff's claims against the defendant should be dismissed without prejudice.

IT IS ORDERED:

1.    This case is dismissed without prejudice; and

---

[1]Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Federal Rule of Civil Procedure 25(d)(1), Michael J. Astrue is substituted for Commissioner Jo Anne B. Barnhart as the Defendant in this suit.

2.      Judgment shall be entered by separate document.


May 9, 2007.                          BY THE COURT:

                                      *s/Richard G. Kopf*
                                      United States District Judge